

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00135-CR

| | | |
|---|---|---|
| Ex parte Jorge Luis Tamayo | § | From Criminal District Court No. 3 |
| | § | of Tarrant County |
| | § | (C-3-010919-1431372-AP) |
| | § | December 7, 2017 |
| | § | Opinion by Justice Pittman |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mark T. Pittman_____
Justice Mark T. Pittman